Brickfield & Donahue    201 488 9559    P.2
250GR0157P/BME

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. William H. Walls
                                  :
        v.                        : Crim. No. 07-909
                                  :
DENISE DAVIS                      : CONTINUANCE ORDER

This matter having come before the Court on the joint application of Beril Berger, Special Attorney to the United States Attorney General, and defendant Denise Davis (by Joseph R. Donahue, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance, and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 13th day of May, 2008,

IT IS ORDERED that the period from May 13, 2008, through July 14, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
United States District Judge

Joseph Donahue, Esq.

Brit Berger
Assistant U.S. Attorney