APR-07-2009 08:49 From:US ATTORNEYS OFFICE   7182546076           To:1 973 645 2956      P.2/3
Case 2:07-cr-00909-WHW   Document 15   Filed 04/09/09   Page 1 of 2 PageID: 37

Apr 06 09 10:13a                                                          P.2

APR-02-2009 14:51 From:US ATTORNEYS OFFICE  7182546076    To:912014889659   P.2/3

MTB
F. #2006R01578

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   : Hon. William H. Walls
          v.               : Crim. No.: 07-909 (WHW)
DENISE DAVIS,              : CONTINUANCE ORDER
          Defendant        :

This matter having come before the Court on the joint application of Michael Breslin, Special Attorney to the United States Attorney General, and defendant Denise Davis (by Joseph R. Donahue, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 2nd day of April, 2009,

IT IS ORDERED that the period from November 5, 2008, through July 28, 2009 shall be excludable in computing under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
United States District Judge

_____
Joseph R. Donahue, Esq.

_____
Michael Breslin
Assistant United States Attorney
Eastern District of New York