2006R01578/AMC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 07-909 (WHW) |
| v. | : | 18 U.S.C. §§ 641, 1001(a)(2) & 2 |
| DENISE DAVIS | : | |

_____This matter having come before the Court on the joint application of Anthony M. Capozzolo, Special Attorney to the United States Attorney General, and defendant Denise Davis (by Joseph R. Donahue, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons;

1. Plea negotiations are currently in progress, as well as the resolution of any outstanding discovery matters, and both the United States and the defendant desire additional time to complete said plea negotiations, which would render trial of this matter unnecessary, as well as to complete any outstanding discovery matters;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this <u>10</u> day of ~~February~~ March, 2010,

IT IS ORDERED that the period from January 6, 2010, through April 13, 2010, shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. WILLIAM H. WALLS
United States District Judge

JOSEPH R. DONAHUE
Defense Counsel

ANTHONY M. CAPOZZOLO
Assistant U.S. Attorney

2