BRICKFIELD & DONAHUE
70 Grand Avenue, Suite 102
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant Denise Davis

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-909 (WHW) |
| v. | |
| DENISE DAVIS | CONTINUANCE ORDER |

THIS MATTER having been brought before the Court on behalf of defendant Denise Davis by her attorney Joseph R. Donahue, Esq. for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161 (c)(1), and the defendant having consented to such a continuance on the record and by affixing her signature to the instant order and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The Court having heard that communications between Ms. Davis and her current counsel Joseph R. Donahue, Esq. have broken down to the point where effective representation is not possible;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8) the ends of

justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial;

WHEREFORE, on this __19__ day of April 2010,

IT IS ORDERED that Joseph R. Donahue, Esq. is hereby relieved as Ms. Davis's attorney and new counsel shall be appointed to represent Ms. Davis, pursuant to the Criminal Justice Act; and it is further

ORDERED that the period from April 13, 2010 through __April 23__ 2010 shall be excluded for purposes of computation under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161 (h)(8).

_____
HON. WILLIAM H. WALLS, U.S.D.J

_____
Denise Davis

_____
Joseph R. Donahue, Esq.