**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, | |
|         Plaintiff, | **ORDER TO ADJOURN TRIAL** |
|     v. | Cr. No. 07-909-01 (WHW) |
| DENISE DAVIS, | |
|         Defendant. | |

**<u>Walls, Senior District Judge</u>**

      This matter having come before the Court on the joint application of Anthony M. Capozzolo, Special Attorney to the United States Attorney General, and defendant Denise Davis, through Christopher D. Adams, Esq. of Walder, Hayden & Brogan, P.A., for an order granting an adjournment of the trial in the above-captioned matter to ensure adequate preparation for trial, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this Court pursuant to 18 U.S.C. § 3161(c), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

**NOT FOR PUBLICATION**

1. On April 27, 2010, Christopher Adams was appointed as new counsel for defendant, Denise Davis.  (Dkt. 36.)  Mr. Adams did not receive the case file or discovery material from Davis' prior counsel until mid-July 2010.  This short period of time has not given him adequate time to prepare for trial.  (August 16, 2010 Letter from Christopher D. Adams.)

2. Pursuant to 18 U.S.C. § 3161(h)(8), the ends of justice served by granting the adjournment of trial outweigh the best interests of the public and the defendant in a speedy trial.

It is, on this 30th day of August, 2010:

ORDERED that the trial in the above-captioned matter shall begin on October 26, 2010 at 9:30 a.m.

ORDERED that the period of time from August 16, 2010, through October 26, 2010, shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to 18 U.S.C. § 3161(h)(8).

<u>s/ William H. Walls</u>

United States Senior District Judge