UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DENISE DAVIS,<br><br>Defendant. | Hon. William H. Walls, U.S.D.J.<br><br>Criminal No. 07-909 (WHW)<br><br>ORDER |

This matter having been opened to the Court on the application of defendant, Denise Davis, by and through her attorneys, Walder, Hayden & Brogan, P.A. (Christopher D. Adams, Esq. appearing), with the consent of the United States Attorney (AUSA Anthony Capozzolo appearing) and for good cause having been shown,

IT IS, therefore, on this ___ day of April 2011,

ORDERED that the time permitted for defendant to file a Motion for New Trial pursuant to Federal Rule of Criminal Procedure 33 be and hereby is expanded by 30 days;

IT IS FURTHER ORDERED that defendant's motion must be filed on or before May 27, 2001.

_____
HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

FOR THE DEFENDANT:
_____
Christopher D. Adams, Esq.

FOR THE GOVERNMENT:
_____
Anthony Capozzolo