**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Cr. No. 07-909 (WHW) |
| DENISE DAVIS, | : | |
| Defendant. | : | |

**Walls, Senior District Judge**

This matter having come before the Court on Denise Davis's motion for a new trial, for reasons set forth in the accompanying Opinion and good cause therefor,

It is, on this 20th day of January, 2012:

**ORDERED** Denise Davis's motion for a new trial is **DENIED.**

/s/ William H. Walls

United States Senior District Judge

1